UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

In Re:                                                                                    Chapter 13

ALLEN J. ERHARD,                                                              Case No. 13-B-37630

                                        Debtor(s),
-----------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To:  THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Allen J. Erhard | $981.32 |
| 28 Meyer Avenue | |
| Poughkeepsie, New York 12603 | refund |

   Trustee's checks to your order in the sum of $981.32 are annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:  White Plains, New York
            September 29, 2015

                                                                    Respectfully submitted,


                                                                    JEFFREY L. SAPIR